**AFFIRMED as Modified; Opinion Filed June 3, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00792-CR

### ANTHONY BAINES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F11-63373-X

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

Anthony Baines waived a jury and pleaded guilty to theft of property valued at $1,500 or more but less than $20,000. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(4)(A) (West 2011). Appellant also pleaded true to two enhancement paragraphs alleging prior theft convictions. The trial court assessed punishment at ten years' imprisonment. In a single issue, appellant contends the judgment should be modified to show there was no plea bargain agreement. The State agrees modification is needed. We modify the trial court's judgment and affirm as modified. Appellant entered an open plea of guilty to the indictment. The judgment, however, states he pleaded

guilty pursuant to a plea bargain agreement. Thus, the judgment is incorrect. We sustain appellant's sole issue.

We modify the judgment to show appellant entered an open plea of guilty and there were no plea bargain terms. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.─Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgment.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120792F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY BAINES, Appellant

No. 05-12-00792-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 6 of Dallas County, Texas (Tr.Ct.No.
F11-63373-X).
Opinion delivered by Justice Myers,
Justices Lang and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered June 3, 2013.

/Lana Myers/
LANA MYERS
JUSTICE